IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RENE BASSETT BUTLER, Administrator
of the Estate of Cynthia Reames, Deceased,

      Plaintiff,

vs.

GREAT-WEST LIFE & ANNUITY INSURANCE
COMPANY, et al,

      Defendants.               NO. 10-CV-147-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 13, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                        BY:      /s/*Sandy Pannier*
                                  **Deputy Clerk**

Dated: November 24, 2010

                    David R. Herndon
                    2010.11.24
APPROVED:      14:28:57 -06'00'
          CHIEF JUDGE
          U. S. DISTRICT COURT